Barry K. Shelton, California State Bar No. 199307
**BRACEWELL & GIULIANI LLP**
111 Congress Avenue, Suite 2300
Austin, Texas   78701-4061
(512) 494-3693 – Main
(512) 479-3900 – Facsimile

Attorneys for Plaintiff
The Sunshine Kids Foundation

Dale C. Campbell, California State Bar No. 99173
Matthew G. Massari, California State Bar No. 250952
**WEINTRAUB GENSHLEA CHEDIAK**
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California   95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Defendant
Sunshine Kids Club of California

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SUNSHINE KIDS FOUNDATION,<br><br>          Plaintiff,<br><br>     vs.<br><br>SUNSHINE KIDS CLUB OF CALIFORNIA,<br><br>          Defendant. | Case No. 2:10-CV-00393-GEB-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(ii)] |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff The Sunshine Kids Foundation and defendant Sunshine Kids Club of California, through the signatures of their respective counsel, hereby stipulate to dismiss this action with prejudice, in its entirety, including all claims contained in the

Complaint, each party to bear its own attorneys' fees and costs.  The dismissal of the pending action shall not affect either party's ability to enforce the settlement agreement.

Dated:  September 30, 2010

**WEINTRAUB GENSHLEA CHEDIAK**
Law Corporation

By: /s/     Dale Campbell
    Dale C. Campbell
    Attorneys for Defendant
    Sunshine Kids Club of California

Dated:  September 30, 2010

**BRACEWELL & GIULIANNI LLP**

By: /s/     Barry K. Shelton
    Barry K. Shelton
    Attorneys for Plaintiff
    The Sunshine Kids Foundation

## ORDER

IT IS SO ORDERED.

Dated: 9/30/10

GARLAND E. BURRELL, JR.
United States District Judge